**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7245**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

OSCAR RICO GUTIERREZ,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Falcon B. Hawkins, Chief District Judge.  (CR-90-232, CA-96-2444-2-11)

———————————

Submitted:  February 26, 1998        Decided:  March 18, 1998

———————————

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Oscar Rico Gutierrez, Appellant Pro Se.  Robert Hayden Bickerton, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders granting his motion for a reduction in his sentence pursuant to 18 U.S.C.A. § 3582(c)(2) (West 1985 & Supp. 1997), imposing a new sentence, and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, deny Appellee's motion to dismiss the appeal and affirm on the reasoning of the district court. United States v. Gutierrez, Nos. CR-90-232; CA-96-2444-2-11 (D.S.C. June 9, 1997 & Aug. 21, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2